UNITED STATES of America,
Plaintiff–Appellee,

v.

Marcel Michael DOTSON,
Defendant–Appellant.

No. 14–15403
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 1, 2015.

Peter J. Sholl, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Joseph Michael Schuster, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Stephen Baer, Federal Public Defender's Office, Tampa, FL, Rosemary Cakmis, Meghan Ann Collins, D. Todd Doss, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before JORDAN, ROSENBAUM, and JILL PRYOR, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, counsel of record for Marcel Michael Dotson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Dotson's conviction and sentence are **AFFIRMED.**